Katherine WARD *v.* STATE of Arkansas

CR 00-1084                                      27 S.W.3d 752

Supreme Court of Arkansas
Opinion delivered October 12, 2000

*David R. Cannon,* for appellant.

No response.

PER CURIAM. Appellant Katherine Ward, by and through her attorney, has filed a motion for rule on clerk. Her attorney, David R. Cannon, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See*

*In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.